UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN DAMONE MANN, | ) | 1:06-CV-0895 OWW WMW HC |
| | ) | |
|     Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
|     v. | ) | TIME TO FILE OPPOSITION |
| | ) | (DOCUMENT #17) |
| M. C. KRAMER, | ) | |
| | ) | |
|     Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 18, 2007, petitioner filed a motion to extend time to file an opposition to the respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his opposition.

IT IS SO ORDERED.

**Dated:   July 23, 2007**             /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE